FILED:  April 24, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2037

_____

In re:  CLIFTON WILLIAM BATTS,

   Petitioner.

_____

O R D E R

_____

The court amends its opinion filed April 20, 2023, as follows:

On the cover page, the district court information section is corrected to read "On Petition for Writ of Mandamus to the United States District Court for the Eastern District of North Carolina, at Raleigh."

For the Court – By Direction

/s/ Patricia S. Connor, Clerk